# United States District Court

NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>Aleksandr Vladimirovich Spitsyn | **WARRANT FOR ARREST**<br>AGENT TO ARREST<br><br>Case Number:  1:20-MJ-684 |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Aleksandr Vladimirovich Spitsyn

and bring him or her forthwith to the nearest magistrate judge to answer a **COMPLAINT** charging him or her with:  conspiring to commit money laundering, to wit, the defendant conspired to knowingly conduct or try to conduct a financial transaction, knowing that the money or property involved in the transaction were the proceeds of some kind of unlawful activity, that the money or property did come from an unlawful activity, specifically wire or bank fraud; and the defendant knew that the transaction was designed, in whole or in part, to conceal or disguise the nature, location, source, ownership, or the control of the proceeds,

in violation of 18, United States Code, Section(s) 1956(h).

/s/

JUSTIN S. ANAND
Name of Issuing Officer

United States Magistrate Judge
Title of Issuing Officer

August 21, 2020
Atlanta, Georgia

Signature of Issuing Officer                                    Date and Location

ATTEST: A TRUE COPY
CERTIFIED THIS
Date: Aug 21 2020
JAMES N. HATTEN, Clerk
By: B. Evans
Deputy Clerk

Bail Fixed at $_____ by_____
                                                                Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:
_____

Date Received:_____        _____
                                                                      Name and Title of Arresting Officer

Date of Arrest:_____        _____
                                                                      Signature of Arresting Officer