FILED IN CHAMBERS
U.S.D.C ATLANTA

Date: 08/23/2020

JAMES N. HATTEN, Clerk

By: s/B. Evans

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

Aleksandr Vladimirovich Spitsyn

Criminal Action No.

1:20-MJ-684

**UNDER SEAL**

**Motion to Unseal Arrest Warrant and Affidavit**

The United States of America, by Byung J. Pak, United States Attorney, and Thomas J. Krepp, Assistant United States Attorney for the Northern District of Georgia, respectfully requests that the attached **Arrest Warrant and Affidavit**, motion to seal and order, and this motion and order to unseal, be unsealed for the following reasons:

The defendant was arrested and is scheduled to have an initial appearance in the Southern District of Florida on August 24, 2020.

WHEREFORE, the United States of America respectfully requests that this motion, the **Arrest Warrant and Affidavit** and ensuing order be unsealed.

2

Submitted this 23rd day of August 2020.

Respectfully submitted,

BYUNG J. PAK
    *United States Attorney*


/s/Thomas J. Krepp
    *Assistant United States Attorney*
Georgia Bar No. 346781
Thomas.Krepp@usdoj.gov